JENNIFER A. FORNETTI, ESQ.
Nevada Bar No. 7644
ELIZABETH A. HANSON, ESQ.
Nevada Bar No. 16249
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: jfornetti@fisherpillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Consulting Services Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW MAUPIN, an individual | CASE NO.: 2:26-cv-00558-CDS-MDC |
| Plaintiff, | **STIPULATED JOINT REQUEST TO VACATE THE ENE SESSION SCHEDULED BY THIS COURT ON JUNE 15, 2026 AT 10:00 A.M.** |
| vs. | |
| CONSULTING SERVICES GROUP, LLC, a Virginia Liability Company, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record to respectfully request that the Court vacate the ENE Session scheduled for June 15, 2026 at 10:00 a.m. (*See* ECF 8). The parties have discussed settlement and exchanged an initial settlement offer and an initial counteroffer. Based on these settlement discussions and exchange, the parties agree that holding the early neutral evaluation would be futile and a waste of the Court's resources. *Id*.

///

///

///

///

///

///

///

1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

This request is being made in good faith and without intent to gain any unfair advantage.

DATED this 3rd day of June, 2026.

GREENBERG GROSS, LLP                    FISHER & PHILLIPS, LLP

/s/ John M. Orr                         /s/Elizabeth A. Hanson
Jemma E. Dunn, Esq.                     Jennifer A. Fornetti, Esq.
Matthew T. Hale, Esq.                   Elizabeth A. Hanson, Esq.
John M. Orr, Esq.                       300 S. Fourth Street
1980 Festival Plaza Drive               Suite 1500
Suite 730                               Las Vegas, Nevada 89101
Las Vegas, NV 89135                     *Attorneys for Defendants*
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

June 3, 2026
_____
DATED

2