JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff*
*Andrew Maupin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW MAUPIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONSULTING SERVICES GROUP, LLC, a Virginia limited liability company,<br><br>Defendant. | Case No.: 2:26-cv-00558-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES**<br><br>**(SECOND REQUEST)** |

Plaintiff Andrew Maupin ("Plaintiff"), by and through his counsel of record, Greenberg Gross LLP, and Defendant Consulting Services Group, LLC ("Defendant"), by and through its counsel of record, Fisher & Phillips LLP, hereby stipulate and agree to extend the remaining discovery deadlines set forth in the operative Stipulated Discovery Plan and Scheduling Order (ECF No. 13), as previously modified by the parties' First Stipulation and Order to Extend Remaining Discovery Deadlines (ECF Nos. 17, 18), by sixty (60) days. This is the parties' second request for an extension.

**A. <u>Discovery Completed to Date</u>**

The parties have completed the following discovery to date:

- May 11, 2026: The parties conducted their Fed. R. Civ. P. 26(f) conference.
- May 7, 2026: Defendant served its initial disclosures.
- May 15, 2026: Plaintiff served his initial disclosures.
- May 11, 2026: Defendant served its First Set of Interrogatories, First Set of Requests for Admission, and First Set of Requests for Production of Documents to Plaintiff.
- May 27, 2026: Plaintiff served his First Set of Requests for Production of Documents to Defendant.
- June 4, 2026: Plaintiff served his First Set of Interrogatories to Defendant.
- June 10, 2026: Plaintiff served his responses to Defendant's First Set of Interrogatories and First Set of Requests for Production of Documents.
- June 25 and 26, 2026: Defendant served its written responses and document production in response to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents.
- July 23, 2026: The parties conducted the deposition of Jonathan Young.
- On July 27, 2026, Defendant served Plaintiff with its second set of Interrogatories and Requests for Production of Documents.
- Plaintiff requested an extension to respond to Defendant's second set of Interrogatories and Requests for Production of Documents until September 11, 2026, due to a death in Plaintiff's Counsel's immediate family.
- The parties have exchanged documents, with Plaintiff producing documents bearing Bates numbers PLTF0000001–163 and Defendant producing documents bearing Bates numbers D-000001–935.
- The parties have met and conferred regarding their respective discovery responses and are working cooperatively to identify, collect, and produce additional responsive materials.

**B. <u>Discovery Which Still Needs to Occur</u>**

The parties still have substantial discovery to complete. The remaining discovery includes the following:

- Deposition of Plaintiff Andrew Maupin;
- Deposition of Defendant's Fed. R. Civ. P. 30(b)(6) representative;
- Depositions of relevant fact witnesses, including April Bowen, William Bell, and Christian Van Keuren, and any other witnesses identified through discovery;
- Obtaining and reviewing Plaintiff's outstanding medical, orthopedic, ophthalmologic, and counseling records, including records from Desert Orthopedic Center, Advanced Eyecare, and Mindful Healing Counseling, LLC;
- Obtaining appropriate authorizations and issuing third-party subpoenas as necessary; and

Because this remaining discovery includes multiple depositions and outstanding third-party records, the parties require additional time to complete discovery.

**C. <u>Proposed Schedule for Completing Remaining Discovery</u>**

**Discovery Cut-Off Date:** The current November 23, 2026, discovery cut-off date shall be extended sixty (60) days to Friday, January 22, 2027.

**Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** The current September 22, 2026, deadline for initial expert disclosures shall remain CLOSED. The parties are not seeking an exstension of the current deadline of October 23, 2026, for rebuttal expert disclosures.

**Dispositive Motions:** The current December 22, 2026, dispositive motions deadline shall be extended to Monday, February 22, 2027, because the thirtieth day after the extended discovery cut-off date, February 21, 2027, falls on a Sunday, a non-judicial day.

**Pretrial Order:** If no dispositive motions are filed, the Joint Pretrial Order shall be filed by Wednesday, March 24, 2027, which is thirty (30) days after the deadline for filing dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision on the dispositive motions or until

further order of the Court.

**D. Statement Explaining Why Discovery Was Not Completed by the Deadlines Set forth in the Current Scheduling Order**

Good cause supports the parties' request to extend the Discovery Cut-Off, Dispositive Motions, and Pretrial Order deadlines. The parties have diligently pursued discovery by conducting their Fed. R. Civ. P. 26(f) conference, exchanging initial disclosures, serving and responding to written discovery, producing documents, and conducting the deposition of Jonathan Young. Substantial discovery nonetheless remains to be completed as outlined above.

Additional good cause exists because certain third-party records that bear directly on Plaintiff's disability, accommodation, FMLA, causation, and damages claims, including outstanding medical, orthopedic, ophthalmologic, and counseling records, have been requested but have not yet been received.

Also, Plaintiff's work involved a Department of Defense project requiring a Top Secret/Sensitive Compartmented Information security clearance, and the collection and review of potentially responsive project-related communications requires coordination with personnel who possess appropriate access and additional review to ensure compliance with restrictions governing classified or otherwise restricted information. These circumstances have affected the parties' ability to complete the remaining discovery within the current schedule despite their diligent efforts to do so.

An additional basis for good cause exists because, on August 21, 2026, Plaintiff's counsel was required to travel emergently to San Diego to be with his older brother, who had been hospitalized and admitted to the critical care unit at UCSD Hillcrest Hospital. Unfortunately, counsel's brother passed away on August 25, 2026. Plaintiff's counsel was out of the office attending to these matters until September 1, 2026. In the coming weeks, Plaintiff's counsel is expected to travel to San Diego to attend funeral services and otherwise assist his family with matters related to the administration of his brother's estate. Plaintiff's counsel anticipates that these circumstances will further delay completion of the outstanding discovery tasks described above.

Accordingly, the parties require additional time to complete the remaining discovery and to meet the deadlines that follow from the discovery cut-off. This is the parties' second request to extend these deadlines, it is made jointly and in good faith, and it is not sought for any improper purpose or for delay. No party will be prejudiced by the requested extension. The parties submit that these circumstances satisfy the good cause required to extend the deadlines referenced above.

DATED: September 14, 2026

GREENBERG GROSS LLP

By: *<u>/s/ John M. Orr</u>*
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*Andrew Maupin*

DATED: September 14, 2026

FISHER & PHILLIPS LLP

By: *<u>/s/ Jennifer A. Fornetti</u>*
JENNIFER A. FORNETTI
Nevada Bar No. 7644
ELIZABETH A. HANSON
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Consulting Services Group, LLC*

**<u>ORDER</u>**

IT IS SO ORDERED:

_______________________________
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 15, 2026